178 So. 921

### John BEARD v. STATE.
### 8 Div. 564.

Court of Appeals of Alabama.
Feb. 1, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed.

189 So. 918

### Robert BEARD v. STATE.
### 6 Div. 441.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

189 So. 918

### Robert BEARD v. STATE.
### 6 Div. 442.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

182 So. 923

### Lionel BEECHAM v. STATE.
### 6 Div. 271.

Court of Appeals of Alabama.
June 21, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

181 So. 917

### Cleetis BEERY v. STATE.
### 6 Div. 240.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

180 So. 896

### Charlie BELL v. STATE.
### 2 Div. 638.

Court of Appeals of Alabama.
April 12, 1938.

Leon Y. Sadler, Jr., of Camden, for appellant.
A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.